In the Matter of HELEN CERULLO, Appellant, v. STATE LIQUOR AUTHORITY et al., Respondents.— In a proceeding pursuant to article 78 of the CPLR to annul a determination of respondent State Liquor Authority, dated March 1, 1972, which canceled petitioner's special on-premises liquor license, the appeal is from a judgment of the Supreme Court, Westchester County, entered May 26, 1972, which dismissed the petition. Judgment affirmed, without costs. No opinion. Latham, Gulotta and Brennan, JJ., concur; Hopkins, Acting P. J., and Shapiro, J., dissent and vote to reverse the judgment and grant the petition to the extent of reducing the penalty of cancellation

to suspension of license for a period of four months, with the following memorandum: In our opinion, the proof adduced substantially supported charges "1" through "5", but, under the circumstances of this case, the penalty of cancellation was not warranted and a penalty of a four-month suspension would be appropriate.